■ In the Matter of RICHARD J. NERO, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Department of Motor Vehicles, Respondent.— Determination of respondent Commissioner of Motor Vehicles, dated July 29, 1963, which revoked petitioner's operator's license, confirmed and proceeding dismissed on the merits, without costs. In our opinion, respondent's determi-

nation was supported by substantial evidence. The two grounds upon which the determination rested had been specified in the notice of hearing. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.